IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W. R. GRACE & CO., et al. ) | |
| ) | |
| Reorganized Debtors, ) | |
| ) | |
| ANDERSON MEMORIAL HOSPITAL, ) | Civil Action No. 16-799 (LPS) |
| ) | |
| Appellant, ) | Bankruptcy No. 01-1139 |
| ) | Bankruptcy Appeal No. 16-44 |
| v. ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | |
| ) | |
| Appellees. ) | |
| ) | |

**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**

WHEREAS, Anderson Memorial Hospital ("AMH") has appealed rulings by the United States Bankruptcy Court for the District of Delaware dated May 29, 2008 (Denying with Prejudice Motion for Class Certification, Bankr. Ct. Dkt. No. 18821) and August 25, 2016 (Denying with Prejudice Motion to Alter or Amend Order Denying Class Certification, Bankr. Ct. Dkt. No. 32771) (collectively, the "AMH Appeal");

WHEREAS, on November 4, 2016, the District Court ordered that the AMH Appeal shall be withdrawn from the court's mandatory mediation program [Dkt. No. 15];

WHEREAS, Reorganized Debtors W. R. Grace & Co., et al. ("Grace") intends to file a Motion to Dismiss the appeal;

WHEREAS, on October 27, 2016, counsel for AMH and Grace conferred regarding a briefing schedule for the Motion to Dismiss;

Therefore, with respect to the AMH Appeal, IT IS HEREBY STIPULATED AND AGREED, by, between, and among the undersigned, the attorneys of record for Grace and AMH, that:

1) Grace shall file its Motion to Dismiss by November 9, 2016.

2) AMH shall file its answering brief by December 14, 2016.

3) Grace shall file its reply by December 29, 2016.

4) The page limits of Federal Rule of Bankruptcy Procedure 8013 shall apply, i.e., the opening and answering briefs shall not exceed 20 pages, and the reply shall not exceed 10 pages.

5) Briefing on the merits of the appeal shall be held in abeyance pending the Court's consideration of the Motion to Dismiss.

Dated: November 8, 2016

        FERRY JOSEPH, P.A.

        */s/ Theodore J. Tacconelli*
        Theodore J. Tacconelli (No. 2678)
        824 Market Street, Suite 1000
        P.O. Box 1351
        Wilmington, DE 19899
        Telephone: (302) 575-1555
        Facsimile: (302) 575-1714

        and

        David L. Rosendorf
        KOZYAK TROPIN & THROCKMORTON, P.A.
        2525 Ponce de Leon, 9th Floor
        Coral Gables, FL 33134
        (305) 372-1800

        and

KE 44114531

Daniel A. Speights (SC Fed. ID No. 4252)
A. Gibson Solomons (SC Fed. ID No. 7769)
SPEIGHTS & RUNYAN
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

*Counsel for Anderson Memorial Hospital*


PACHULSKI STANG ZIEHL & JONES LLP


*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

KIRKLAND & ELLIS LLP
John Donley, P.C.
Lisa Esayian
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

KIRKLAND & ELLIS LLP
Christopher Landau, P.C.
Jennifer M. Bandy
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Reorganized Debtors*

APPROVED AND SO ORDERED BY THE COURT

_____  Dated: November \_\_, 2016
LEONARD P. STARK
UNITED STATES DISTRICT JUDGE